FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN J.,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-CV-0255-JAG<br><br>ORDER GRANTING STIPULATED REMAND |

    Before the court is the parties' Stipulated Motion to Remand. ECF No. 22. After considering the motion, file and proposed order, it is hereby **ORDERED:**

    1.    The parties Stipulated Motion to Remand, **ECF No. 22**, is **GRANTED**.

    2.    Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

        a)    Obtain additional testimony from a vocational expert regarding whether there are jobs existing in significant numbers that an individual with claimant's RFC could perform;

  b) Identify and obtain a reasonable explanation for any conflicts between occupational evidence provided by vocational experts and information in the Dictionary of Occupational Titles (DOT). See SSR 00-4p (2000);

  c) Reevaluate the persuasiveness of the medical opinions, including the opinions of William Phillips, M.D.; and

  d) Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues and issue a new decision.

3. All other pending motions are **DENIED AS MOOT**.

4. Judgment shall be entered for **Plaintiff**.

5. Upon proper consideration, the Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

  The District Court Executive is directed to enter this Order, enter judgment in favor of the Plaintiff, provide copies of the Order and Judgment to counsel, and **CLOSE THIS FILE.**

  DATED November 7, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED REMAND - 2